IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNETTE HURDLE : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| : | |
| FAIRBANKS CAPITAL CORPORATION, et al. : | NO. 02-2788 |

**O R D E R**

AND NOW, this 13th day of August, 2002, after holding a Rule 16 initial pretrial conference in the above-captioned matter, it is hereby **ORDERED** that:

(1) The parties are to proceed with fact-based discovery.

(2) On November 13, 2002 at 3:30 p.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action, the need for further fact-based discovery, and the scheduling of a settlement conference and/or expert discovery. Plaintiff's counsel is to initiate the November 13, 2002 conference call.

(3) During the November 13, 2002 conference call, Plaintiff is to be prepared to report on the status of all Defendants who were not represented at the August 12, 2002 initial pretrial conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2788**
**TODAY'S DATE**: August 13, 2002          **LAW CLERK'S INITIALS**: LFS


**NAME**                                    **FAX NUMBER** (Area Code & Number)


1. Robert F. Salvin, Esq.                   610-436-9890
2. Peggy Greenfeld, Esq.                    215-851-8100
3. Edward McCandless, Esq.                  215-832-0274