IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEANNETTE HURDLE                        :        CIVIL ACTION
                                        :
       v.                               :
                                        :
                                        :
FAIRBANKS CAPITAL CORPORATION, et al.   :        NO. 02-2788

## ORDER

AND NOW, this 4th day of November, 2002, it is hereby **ORDERED** by the Court that the

**Telephone Status Conference** which was scheduled for November 13, 2002, is **CONTINUED** until

final action is taken on the current appeal concerning the above-captioned action.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE