IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANNETTE HURDLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FAIRBANKS CAPITAL CORPORATION, et al. | : | NO. 02-2788 |

**<u>ORDER</u>**

AND NOW, this 3rd day of March, 2003, as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket and return it to the docket of the Honorable Cynthia A. Rufe for further proceedings..

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE